UNITED STATES BANKRUPTCY COURT
Northern District of Illinois . Western Division

IN RE:                                                                    CHAPTER 13
HERMAN G. FLOWERS
LINDA K. CARTER-FLOWERS                                  CASE NO. 14-82501

### NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**   **Midfirst Bank**                                **Court claim #: 12**

**Last four digits** of any number used to identify the debtor's account: 5705

| *Final Cure Amount* | |
|---|---|
| Amount of Prepetition Arrears | $4106.38 (Per Amended Claim filed 5/23/17) |
| Amount Paid by Trustee | $4106.38 |

| *Monthly ongoing Mortgage Payment* | |
|---|---|
| Mortgage is paid: | |
| ☐  Thru the Chapter 13 Plan | ☒  Direct by Debtor(s) |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  7/17/18                                /s/Lydia S. Meyer
                                               Lydia S. Meyer, Trustee
                                               308 W. State St., Suite 212
                                               Rockford, IL  61101

Certificate of Service
    I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 17th Day of July, 2018

Dated:  7/17/18                                /s/Cynthia K. Burnard

MIDFIRST BANK
BANKRUPTCY DEPARTMENT
999 NW GRAND BLVD
OKLAHOMA CITY, OK 73118-6116

CITIMORTGAGE, INC.
PO BOX 9438
GAITHERSBURG, MD  20898-9438

RICHARD B ARONOW  #3123969
FISHER & SHAPIRO LLC
2121 WAUKEGAN ROAD  SUITE 301
BANNOCKBURN, IL 60015

HERMAN G. FLOWERS
LINDA K. CARTER-FLOWERS
1167 SWEETWATER RIDGE
LAKE IN THE HILLS, IL  60156

ERIC PRATT LAW FIRM PC
5411 E. STATE STREET, SUITE 202
ROCKFORD, IL  61108